IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01989-REB-MEH

WANDA RIZZUTO,

    Plaintiff,

v.

WILLIAM SLAYTON,
LIBERTY TRUCK AND TRAILER LEASING & SALES, LLC, and
MELTON TRUCK LINES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2009.**

    Defendants' Unopposed Motion to Vacate and Reschedule Settlement Conference [filed January 9, 2009; docket #14] is **granted**. The Settlement Conference set in this matter for Wednesday, January 21, 2009, at 10 a.m. is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **Friday, January 16, 2009**, to reschedule.