**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01989-REB-MEH

WANDA RIZZUTO,

      Plaintiffs,

v.

WILLIAM SLAYTON,
LIBERTY TRUCK AND TRAILER LEASING & SALES, LLC, and
MELTON TRUCK LINES, INC.,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#24] filed February 23, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. **Stipulation For Dismissal With Prejudice** [#24] filed February 23, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for October 2, 2009, is **VACATED**;

3. That the jury trial set to commence October 19, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 24, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge